OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS IS WITHOUT AUTHORITY TO SELL SCHOOL BUSES AND OTHER PERSONAL PROPERTY ACQUIRED FOR THE DEPENDENT SCHOOL DISTRICTS OF THE COUNTY, FOR THE PURPOSE OF PAYING " DEBTS " INCURRED IN THE MAINTENANCE OF SUCH SEPARATE SCHOOLS. CITE: 62 O.S.H. 479 62 O.S.H. 480, 68 O.S.H. 292, 70 O.S.H. 5-9, 70 O.S.H. 5-18 (J. H. JOHNSON)